IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Otto Schwake, | No. CV-15-00696-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Arizona Board of Regents, et al., | |
| Defendants. | |

On March 29, 2018, this Court granted Defendants' Motion to Dismiss and the action was dismissed (Doc. 54). On November 11, 2020, the United States Court of Appeals for the Ninth Circuit reversed and vacated the dismissal of Plaintiff's Title IX claim and remanded for further proceedings (Doc. 60). Accordingly,

**IT IS ORDERED** that Defendants shall have until **December 4, 2020** to file an answer.

Dated this 23rd day of November, 2020.

Honorable Steven P. Logan
United States District Judge