**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Jenna L. Brownlee (034174)
Email: jbrownlee@CDQLaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David Otto Schwake,<br><br>Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents, *et al*,<br><br>Defendants. | Case No: 2:15-cv-00696-PHX-SPL<br><br>**NOTICE OF SETTLEMENT** |

Defendants the Arizona Board of Regents, Michael M. Crow, Kevin Cook, Norean Sablan, Ron Hicks, Gregory Castle, and Thomas Seager ("Defendants") provide notice that the parties to this action have reached a settlement of their disputes and are in the process of documenting the resolution. The parties will submit a Stipulation for Dismissal with Prejudice to the Court following the completion of the settlement documentation. Moreover, as a result of the parties' settlement, Defendants will not be filing an answer or otherwise responding to the First Amended Complaint.

Plaintiff David Otto Schwake has consented to the Defendants' submission of this Notice of Settlement.

RESPECTFULLY SUBMITTED this 29th day of December, 2020.

                COHEN DOWD QUIGLEY
                The Camelback Esplanade One
                2425 East Camelback Road, Suite 1100
                Phoenix, Arizona  85016
                    Attorneys for Defendants

By:    */s/ Betsy J. Lamm*
           Daniel G. Dowd
           Betsy J. Lamm
           Jenna L. Brownlee

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System. I further sent a copy of the attached document using electronic mail to counsel for Plaintiff at the following address:

>Aaron Karl Block
>THE BLOCK FIRM
>4200 Northside Parkway NW
>Building One, Suite 200
>Atlanta, Georgia 30327
>aaron@blockfirmllc.com
>   *Attorney for Plaintiff David Otto Schwake*

*/s/ Betsy J. Lamm*