IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Otto Schwake, | No. CV-15-00696-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Arizona Board of Regents, et al., | |
| Defendants. | |

The Court has been advised that the parties have reached a settlement in this case (Doc. 67). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **February 5, 2021** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 5th day of January, 2021.

Honorable Steven P. Logan
United States District Judge