IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Otto Schwake,<br><br>           Plaintiff,<br>vs.<br><br>Arizona Board of Regents, et al.,<br><br>           Defendants. | No. CV-15-00696-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 69) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 14th day of January, 2021.

                                                Honorable Steven P. Logan
                                              United States District Judge